Jodi K. Swick No. 228634
John T. Burnite, No. 162223
**McDOWELL HETHERINGTON LLP**
1999 Harrison Street, Suite 2050
Oakland, CA  94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
       john.burnite@mhllp.com

Attorneys for Defendant
AMERICAN GENERAL LIFE INSURANCE
COMPANY (ERRONEOUSLY NAMED AND
SERVED AS COREBRIDGE FINANCIAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI M. ROTH,<br><br>  Plaintiff,<br><br>  v.<br><br>AIG; COREBRIDGE FINANCIAL,<br><br>  Defendants. | Case No. 2:24-CV-01124-TLN-CKD PS<br><br>[~~PROPOSED~~] **ORDER GRANTING AMERICAN GENERAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF SCHEDULING CONFERENCE DEADLINES** |

This Court has read and considered the application of Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY for an order to extend Scheduling Conference deadlines (*see* ECF No. 4) and it appears to the satisfaction of the Court that good cause exists to grant the motion.

THEREFORE, IT IS ORDERED that:

The deadline to complete the Rule 26 conference is June 6, 2024. The deadline to file the Status Report(s) is June 13, 2024.

Dated:  May 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
roth1124.eot.js