Jodi K. Swick, No. 228634
John T. Burnite, No. 162223
**McDOWELL HETHERINGTON LLP**
1999 Harrison Street, Suite 2050
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
       john.burnite@mhllp.com

Attorneys for Defendant
AMERICAN GENERAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI M. ROTH,<br><br>    Plaintiff,<br><br>  v.<br><br>AIG; COREBRIDGE FINANCIAL,<br><br>    Defendants. | Case No. 2:24-CV-01124-TLN-CKD<br><br>**STIPULATION AND ORDER BARRING ANY AND ALL TESTIMONY OF PLAINTIFF JONI M. ROTH** |

Because Plaintiff Joni Roth contends that she is unable to sit and will never be able to sit for a deposition, the Parties agree, stipulate, and request an Order as follows:

1. American General will not seek a court order compelling Joni Roth's deposition;
2. American General will not notice Joni Roth's deposition again in this case;
3. Joni Roth will not testify at any hearing in this matter, including trial;
4. Joni Roth will not offer any sworn statement by her as evidence in this case including, but not limited to, at any hearing, in support of or in opposition to any motion, and/or at trial; and,
5. To the extent Plaintiff discloses or calls any expert witness to testify in this matter, no expert shall interview Joni Roth or otherwise rely on or include any conversation or statement by Joni Roth as a basis of an opinion or report.

Dated: March 14, 2025                             BOWLES & VERNA LLP

                                                  By: /s/ _____
                                                      Richard T. Bowles

                                                  Attorneys for Plaintiff JONI M. ROTH

Dated: March 12, 2025                             McDOWELL HETHERINGTON LLP

                                                  By: /s/ _____
                                                      Jodi K. Swick
                                                      John T. Burnite

                                                  Attorneys for Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY

# ORDER

Because Plaintiff Joni Roth contends that she is unable to sit and will never be able to sit for a deposition, and based on the Parties' stipulation, the Court hereby Orders as follows:

1. American General will not seek a court order compelling Joni Roth's deposition;
2. American General will not notice Joni Roth's deposition again in this case;
3. Joni Roth will not testify at any hearing in this matter, including trial;
4. Joni Roth will not offer any sworn statement by her as evidence in this case including, but not limited to, at any hearing, in support of or in opposition to any motion, and/or at trial; and,
5. To the extent Plaintiff discloses or calls any expert witness to testify in this matter, no expert shall interview Joni Roth or otherwise rely on or include any conversation or statement by Joni Roth as a basis of an opinion or report.

**IT IS SO ORDERED**.

DATED: March 17, 2025

_____
Troy L. Nunley
Chief United States District Judge