UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONI M. ROTH,

          Plaintiff,

     v.

AIG, et al.,

          Defendants.

No.  2:24-cv-1124-TLN-CKD (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On December 17, 2025, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 50.)  The proposed guardian ad litem for Plaintiff, Ms. Roth, filed objections to the findings and recommendations and Defendant American General Life Insurance Company ("Defendant") responded in opposition to those objections.  (ECF Nos. 51, 53.)  Ms. Roth filed a response to Defendant's objections.  (ECF No. 54.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case.  Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

The Court notes that neither Ms. Roth nor Defendant oppose the magistrate judge finding Plaintiff legally incompetent or appointing Ms. Roth as Plaintiff's guardian ad litem.  (ECF No.

1

51 at 1; *see generally* ECF No. 53.)  Their objections and response concern the merits of the underlying action and the pending motion for summary judgment.  As those matters are not presently before the Court, the Court reserves judgment at this time.  Additionally, while Ms. Roth and Defendant object to the magistrate judge's recommendation of a 60-day stay, the Court agrees a brief stay is appropriate here.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The findings and recommendations filed December 17, 2025 (ECF No. 50), are adopted in full.

2.  Plaintiff Joni Roth is found legally incompetent to prosecute this case pro se within the meaning of Rule 17(c) of the Federal Rules of Civil Procedure.

3.  Kelli Grande is appointed as guardian ad litem for Plaintiff in this action.

4.  The case is stayed as to further proceedings on the merits for a period of 60 days from the date of this Order.

5.  Plaintiff is warned that her claims will be subject to dismissal for failure to prosecute if no appearance of counsel has been filed at the conclusion of any stay.

6.  The Clerk of the Court is directed to serve a copy of this order on Kelli Grande by email to kelli.g45@yahoo.com.

Date: April 17, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2